# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA,<br>Plaintiff, | )<br>)<br>) | 19 SEP 20 PM 3: 34 |
| vs. | )<br>) | Case No. CM2019- 205 |
| KENT SIMPSON<br>DOB:   1959<br>SSN:   XXX-XX-1081<br>Defendant. | )<br>)<br>)<br>)<br>) | |

## INDICTMENT

**FOR:**

**COUNT 1:** **EXCEEDING AUTHORITY WHILE EXECUTING SEARCH WARRANT,** 22 O.S § 1240.

*IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:*

By the order of the Supreme Court of Oklahoma, the Seventeenth Multicounty Grand Jury was convened with its principal site to be in Oklahoma City, Oklahoma County, Oklahoma, to serve from October 2, 2018, for eighteen (18) months, or until the designated presiding judge determines the Seventeenth Multicounty Grand Jury has reached reasonable completion of its investigations, but, in any event, no more than twenty-four (24) months from the commencement of its term. That said Multicounty Grand Jury of the State of Oklahoma, being composed of good and lawful men and woman, legally drawn and summoned according to law, and then and there examined, impaneled, sworn, and charged according to law to diligently inquire into, and true presentment make, of all public offenses against the State of Oklahoma committed and triable within the State of Oklahoma, upon their oath, and in the name and by the authority of the State of Oklahoma, do present and find:

## COUNT 1: EXCEEDING AUTHORITY WHILE EXECUTING SEARCH WARRANT, 22 O.S § 1240.

On or about the 11th day of March, 2018, the crime of **EXCEEDING AUTHORITY WHILE EXECUTING SEARCH WARRANT** was committed in Cotton County, Oklahoma by Kent Simpson, who exceeded his authority while executing a search warrant in violation of when a search warrant may be served pursuant to Title 22 O.S. §1230 by executing a search warrant after the hours of ten o'clock p.m. and before six o'clock a.m., specifically at or around midnight, at 515 West Nebraska Ave., Walters, OK 73572 without receiving permission from the Judge who authorized the search warrant. The foregoing are contrary to the provisions 1240 and 1230 of Title 22 of the Oklahoma Statutes and against the peace and dignity of the state of Oklahoma.

TRUE BILL  (✓)

NO BILL  ( )

_____
FOREMAN
OKLAHOMA MULTICOUNTY GRAND JURY

*Penalties*:

**22 O.S § 1240. Exceeding Authority While Executing Search Warrant- Penalty.** A peace officer in executing a search warrant, who willfully exceeds his authority, or exercises it with unnecessary severity, is guilty of a misdemeanor.

## WITNESSES ENDORSED BEFORE THE GRAND JURY

Kesto Simpson, 129 East Colorado, Walters, OK 73572

Tommy Stranahan, 129 East Colorado, Walters, OK 73572

Teague Liming, 129 East Colorado, Walters, OK 73572

Ben Lehew, 129 East Colorado, Walters, OK 73572

Eric Duval, Medical Examiner's Office, Oklahoma City, OK 73105

Sadie Teakell, 515 W. Nebraska Ave, Walters, OK 73572

Mark Duncan, Comanche County Memorial Hospital, Lawton, OK 73505

Robert Williams, 115 N 2nd St., Marlow, OK 73055

Kent Simpson, 301 North Broadway, Walters, Oklahoma, 73572

Don Mejia, 523 E. Indiana, Walters, OK 73572

Judge Michael Flanagan, 301 North Broadway, Walters, Oklahoma, 73572

Cynthia Phariss, 261430 East 1840 County Road, Walters, Oklahoma 73572