## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ERIC COOPER, as Personal Representative of the Estate of Michael Dudley Cooper, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>1) KESTO SIMPSON, individually,<br>2) THE CITY OF WALTERS, a Municipal Corporation,<br>3) KENT SIMPSON, individually and in his official capacity, and<br>4) JOHN DOES 1-10, individually,<br><br>    Defendants. | Case No. CIV-18-1060-J |

## DEFENDANT, KENT SIMPSON'S
## UNOPPOSED MOTION TO SUBSTITUTE PARTY

The Defendant, Kent Simpson, Sheriff of Cotton County, in his official capacity only ("Simpson"), respectfully requests this Court enter an Order, pursuant to FRCP 25(d), allowing the substitution of "The Sheriff of Cotton County in his Official Capacity" as party-defendant herein. In further support of this request, Simpson states as follows:

1. Simpson is named in this suit in his official and individual capacities.

2. Simpson is no longer the Sheriff of Cotton County.

3. The Supreme Court in *Kentucky v. Graham*, 473 U.S. 159, 165-166 (1985) reiterated that official capacity suits are in reality an action against the entity of which the officer is an agent. As a result, the real party in interest for the official capacity claim is the entity.

4. The claims against Simpson in his individual capacity will remain.

5. Substitution of "The Sheriff of Cotton County in his Official Capacity" in place of Simpson as named party-defendant herein will clarify that Plaintiff's official capacity claims are only against the Sheriff in his official capacity, regardless of who holds the position as Sheriff.

6. Counsel for Plaintiff has been contacted regarding the contents of this Motion and has no objection to it being granted.

7. Pursuant to LCvR 7.1(k), a proposed Order is submitted herewith.

For the above and foregoing reasons, the Defendant Kent Simpson, Sheriff of Cotton County, in his official capacity, requests this Court to substitute "The Sheriff of Cotton County in his Official Capacity" in place of Simpson as named party-defendant herein

Respectfully submitted,

*/s/ James L. Gibbs, II*
James L. Gibbs, II, OBA #15689
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
(405) 524-2400/(405) 525-6004 (F)
jgibbs@gphglaw.com
***Attorney for Defendant, Kent Simpson, in his official capacity***

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stanley M. Ward
Woodrow K. Glass
Barrett T. Bowers
Tanner B. France
Ward & Glass, LLP
1601 N.W. 36th Avenue, Suite 100
Norman, OK 73072
rstermer@wardglasslaw.com
woody@wardglasslaw.com
barrett@wardglasslaw.com
tanner@wardglasslaw.com

Bret Burns
Burns Law Office
519 W. Chickasha Ave.
Chickasha, OK 73018
Bret.burns@ymail.com

Renee Walker Gunkel
Preston M. Gunkel
Gunkel Law Group, PLLC
P.O. Box 1124
Altus, OK 73522
renee@gunkellawgroup.com
preston@gunkellawgroup.com
*Attorneys for Plaintiff*

Robert S. Lafferrandre
Carson C. Smith
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, Oklahoma 73106
(405) 235-1611; (405) 235-2904 (F)
rlafferrandre@piercecouch.com
csmith@piercecouch.com
*Attorneys for Defendant Kent Simpson in his individual and official capacities*

Scott B. Wood
Wood, Puhl & Wood, PLLC
2409 E. Skelly Drive, Suite 200
Tulsa, OK 74103
okcoplaw@aol.com
*Attorney for Defendant Kesto Simpson*

Stephen L. Geries
Taylor M. Riley
Collins Zorn & Wagner, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
slg@czwlaw.com
tmr@czwlaw.com
*Attorneys for Defendant City of Walters*

　　　　　　　　　　　　　　*/s/ James L. Gibbs, II*