*Cooper v. Simpson, et al.*, Case No. 18-cv-1060-BJ
U.S. Dist. Ct. for the Western Dist. of Okla.

**Exhibits to Defendant Sheriff of Cotton Cty.'s Mot. for Summ. J.**

# Exhibit 4

# Search Warrant
# (Mar. 20, 2018)

IN THE DISTRICT COURT IN AND FOR COTTON

STATE OF OKLAHOMA

STATE OF OKLAHOMA )
) SS.  SW-18-8
COUNTY OF COTTON )

FILED
COURT CLERK
COTTON COUNTY

18 MAR 12 PM 3:48

JANET L. SHIVELY, CLERK
_____ DEPUTY

### SEARCH WARRANT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA

TO: ANY SHERIFF, DEPUTY, CONSTABLE, MARSHAL, POLICE OFFICER, HIGHWAY PATROL TROOPER, AGENT OF THE OKLAHOMA STATE BUREAU OF INVESTIGATION, OR OTHER LAW ENFORCEMENT OFFICER COTTON COUNTY, STATE OF OKLAHOMA.

An Affidavit having been sworn to by Affiant KENT SIMPSON of the COTTON COUNTY SHERIFF OFFICE before me this day, based upon facts stated herein, probable cause having been found, I command you to make immediate search for the following described property and things, and if you find the same or any part thereof to bring it forthwith before me at my office at COTTON, Oklahoma.

Documentation of the interior of the residence, vehicles and buildings

Said search to be conducted at the following location:

515 W NEBRASKA, WALTERS, OK, COTTON COUNTY

The inner and outer residence of 515 W Nebraska in Walters, OK 73572 in Cotton County, and any and all outlaying buildin vehicles, or vehicles of conveyance, and curtilage of property. The property is located to the north of Nebraska street and East of St, it has a single gravel driveway that goes north into the residence from Nebraska st. It is a light in color white to gray Wo frame house with a light gray or white in color composite shingle roof that has 515 on the front of the house facing south towar Nebraska, it also has a unattached pole garage to the east of the residence, and a small building south and east of the house on t property.

Issued under my hand 10th day of March 2018

Judge of the 5th District Court of Cotton County

**COTTON 001**