State of Oklahoma

# Council on Law Enforcement Education and Training
Individual Full Profile (Web Based)

**SIMPSON, KESTO S**

| | | | |
|---|---|---|---|
| Sex: | Male | Officer Type: | Reserve Officer |
| | | Flag: | NA |
| | | Type: | Reserve Certification |
| Basic Academy Weapon: | Semi-Automatic | | |
| Sexual Assault Training: | Yes | | |
| Certification Levels: | | | |

**Mandatory Training Summary:**

| Year | MT Hours | MH Hours | FA Done |
|---|---|---|---|
| 2017 | 91 | 2 | Yes |
| 2016 | 0 | 0 | Yes |
| 2015 | 0 | 0 | Yes |
| 2014 | 0 | 0 | Yes |
| 2013 | 4 | 2 | Yes |
| 2012 | 0 | 0 | Yes |
| 2011 | 16 | 0 | Yes |
| 2010 | 8 | 2 | Yes |
| 2009 | 0 | 0 | Yes |
| 2008 | 10 | 2 | Yes |
| Earlier | | | |
| Totals | 129 | 8 | Yes |

Report Created By: SIMPSON, KESTO S

**Employment History:** (Only the last 5 employers are shown here. Full history is available by written request.)

| Start Date | End Date | Status | Agency | City | Rank | Reason |
|---|---|---|---|---|---|---|
| 03/11/2013 | | Active | WALTERS P.D. | WALTERS | RESERVE | |
| 07/28/2011 | 06/15/2013 | Inactive | WAURIKA P.D. | WAURIKA | RESERVE | Resigned |
| 08/11/2009 | 04/21/2011 | Inactive | JEFFERSON COUNTY S.O. | WAURIKA | RESERVE | Resigned |
| 05/07/2008 | 02/23/2010 | Inactive | STEPHENS COUNTY S.O. | DUNCAN | RESERVE | Resigned |
| 06/28/2005 | 12/28/2005 | Inactive | COTTON COUNTY S.O. | WALTERS | RESERVE | |

**Training History:**

| Date | Course | Hours | Year | MT | MH | Agency | City |
|---|---|---|---|---|---|---|---|
| 11/28/2017 | L.E. FIRST RESPONDER COUR | 8 | 2017 | 8 | 0 | CLEET | EL RENO |
| 10/14/2017 | Case Management | 4 | 2017 | 4 | 0 | Walters PD | WALTERS |
| 08/14/2017 | New Emerg Mgnr Orientat | 16 | 2017 | 16 | 0 | OK Dept of Emergenc | NORMAN |
| 07/17/2017 | Opiate OD Recognition | 2 | 2017 | 2 | 2 | Tulsa PD | TULSA |
| 06/10/2017 | F/A Qualification | 0 | 2017 | 0 | 0 | CLEET | WALTERS PD |
| 05/17/2017 | Police and Dog Encounters | 8 | 2017 | 8 | 0 | Humane Society of t | LAWTON |
| 05/03/2017 | Narcotics Detection K9 Ha | 40 | 2017 | 40 | 0 | Ardmore PD | DUNCAN |
| 04/21/2017 | MobCOP/Mobile Data Basic | 8 | 2017 | 8 | 0 | OCSO | Spencer |
| 04/17/2017 | K-9 Operations | 1 | 2017 | 1 | 0 | LocalGovU-Online Le | Online |
| 04/17/2017 | Distracted Driving for LE | 4 | 2017 | 4 | 0 | LocalGovU-Online Le | Online |
| 09/23/2016 | F/A Qualification | 0 | 2016 | 0 | 0 | CLEET | WALTERS |
| 10/17/2015 | F/A Qualification | 0 | 2015 | 0 | 0 | CLEET | WALTERS |
| 09/27/2014 | F/A Qualification | 0 | 2014 | 0 | 0 | WALTERS PD | WALTERS |
| 12/22/2013 | F/A Qualification | 0 | 2013 | 0 | 0 | WALTERS PD | WALTERS |
| 08/24/2013 | Mental Illness Is no Myt | 4 | 2013 | 4 | 2 | Walters PD | WALTERS |
| 03/16/2013 | FA QUALIFICATION | 0 | 2012 | 0 | 0 | WALTERS PD | WALTERS |
| 12/21/2011 | F/A QUALIFICATION | 0 | 2011 | 0 | 0 | WAURIKA PD | WAURIKA |
| 01/15/2011 | INTRO TO PATROL DRUG INV | 16 | 2011 | 16 | 0 | MCTFT | ONLINE |
| 12/09/2010 | HEAVY EQUIP ID | 1 | 2010 | 1 | 0 | CLEET | ONLINE |
| 12/08/2010 | BIRD FLU | 1 | 2010 | 1 | 0 | CLEET | ONLINE |
| 12/08/2010 | CONSULAR NOTIFICATION | 1 | 2010 | 1 | 0 | CLEET | ONLINE |
| 12/08/2010 | STALKING SUSPECTS | 1 | 2010 | 1 | 1 | CLEET | ONLINE |
| 12/08/2010 | DEATH NOTIFICATION | 1 | 2010 | 1 | 1 | CLEET | ONLINE |
| 12/08/2010 | INTERPERSONAL COMM | 1 | 2010 | 1 | 0 | CLEET | ONLINE |
| 12/08/2010 | ELEC/PROJECTILE WEAPONS | 2 | 2010 | 2 | 0 | CLEET | ONLINE |
| 11/20/2010 | F/A QUALIFICATION | 0 | 2010 | 0 | 0 | JEFFERSON CO SO | WALTERS |
| 03/14/2010 | F/A QUALIFICATION | 0 | 2009 | 0 | 0 | JEFFERSON CO SO | DUNCAN |
| 11/18/2008 | GANGS IN STEPHENS CO 101 | 4 | 2008 | 4 | 0 | DUNCAN PD | DUNCAN |
| 11/06/2008 | 08 BR 8-1/CERT EXAM | 0 | 2008 | 0 | 0 | DUNCAN PD | DUNCAN |
| 11/06/2008 | F/A QUALIFICATION | 0 | 2008 | 0 | 0 | DUNCAN PD | DUNCAN |
| 10/09/2008 | LE RESP SEXUAL VIOLENCE | 6 | 2008 | 6 | 2 | OCADVSA | DUNCAN |
| 09/29/2008 | 08 BR 8-1/PRG EX II | 0 | 2008 | 0 | 0 | DUNCAN PD | DUNCAN |
| 07/17/2008 | 08 BR 8-1/PRG EX I | 0 | 2008 | 0 | 0 | DUNCAN PD | DUNCAN |
| 05/07/2008 | 08 BR 8-1 RES ACAD | 240 | 2008 | 0 | 0 | DUNCAN PD | DUNCAN |
| | TOTALS | 369 | | 129 | 8 | | |

DDR 19-140