# Walters Police Department Activity log

| Date | Time | Day | |
|---|---|---|---|
| 3/11/18 | 0000 | Sunday | |
| 10-6 time | 10-8 time | | Location / Nature of call / disposition |
| | 0000 | | Littles on duty |
| | 0005 | | 2002 and 2004 10-8, out to serve search warrant, 10-63 all traffic through 2002 |
| | 0012 | | 2002 advd 10-64, net free |
| | 0035 | | 2003 Req Mem 141 to come check on a subject at 515 W Nebraska, advd that while serving a search warrant a drunk male subject was placed on the ground pretty hard and needed to be checked out just in case. |
| | 0046 | | Mem 141 enrt |
| | 0051 | | County advd they they had received report from Sherry Smith AKA Sherry Mcdonald that there was someone or something banding loudly on the front of her house, she request officer assistance |
| | 0052 | | 2003 advd |
| | 0059 | | 2003 10-97 |
| | 0106 | | 2003 10-91, 10-50 advd he had spoken with RP, will be in the area for a bit longer |
| | 0112 | | Mem 141 enrt to Memorial emergency status |
| | 0130 | | 2002 bk 10-8 |
| | 0131 | | 2004 bk 10-8 |
| | 0134 | | 2001 10-8 |
| | 0134 | | 2001 and 2002 10-6 at CCSO |
| | 0441 | | 2004 10-10 |
| | 06:00 | | Littles off duty Taylor on duty |
| | 07:22 | | 2004 10-8 |
| | 08:18 | | 2004 out at 515 w nebraska |
| | 08:26 | | 2004 10-8 |
| | 09:54 | | 9:54 2004 out at 503 e wyoming |
| | 09:57 | | 2004 10-8 |
| | 16:45 | | jessika chaat at 204 w nevada wanted officer to come take a report about a break in 10-5 200 771-6211 |
| | 17:04 | | 2004 1097 |
| | 17:26 | | 10-90 all 91 10-6 for a little longer |
| | 17:51 | | 2004 10-8 |
| | 18:00 | | Stranahan on duty/ Taylor off duty |
| | 18:55 | | 2003 10-8 |
| | 19:09 | | 2004 10-10 |

call log provided by the walters fire department

# COTTON COUNTY SHERIFF OFFICE
## Radio Log Record

### CALL INFORMATION

| | | | |
|---|---|---|---|
| Agency: | Cotton County Sheriff Office | Date / Time: | 03/11/2018 00:05 |
| Call Type: | Warrant Service | Disposition: | 10-8 (On Duty) |
| Final Call: | | | |
| Entered by: | SPARKS, BOBBY LEON | | |
| Location: | 515 W NEBRASKA | | |
| Tag Number: | | | |

Notes: 1705 ADVISED 10-63 NET SEARCH WARRANT BEING SERVED, WITH 2 WPD--0011 1701 ADVISED WARRANT SERVED 3 AT RESIDENCE, RONNIE HEATH TEAKELL NOT THERE--0042 WALTERS DISPATCH ADVISED MEMORIAL 141 ENROUTE FOR INTOXICATED PERSON ON SCENE--0043 1701 ADVISED FOUND DRUG PARA. FOUND 2 LAPTOPS, AND A NOTARY TYPE SEAL FROM WALTERS SCHOOL, 1701 REQUESTED TO CONTACT JUDGE IF ANOTHER WARRANT WAS NEEDED STATED YES BUT SECURE ITEMS AND DO WARRANT TOMMORROW--0110 141 ENR TO CCMH WITH PT EMR STATUS--BACK 10-8 AT 10-19 FOR INTERVIEW WITH RICKY CRANK--STORES EVIDENCE IN WOB FROM SEARCH WARRANT INCLUDING ITEMS COLLECTED THAT WERE ITEMS STOLEN FROM WALTERS PUBLIC SCHOOLS CONTACTED JUDGE, ADVISED TO SECURE AND COMPLETE WARRANT TOMMORROW-- 0333 1701 DEPARTS WITH CRANK STARTING MILEAGE 27864 TO CHECK WHERE STOLEN PROPERTY WAS PICKED UP IN COUNTRY-- 0412 1701 10-8

### PARTY INFORMATION

1 SIMPSON, KENT  (COTTON COUNTY SHERIFF OFFICE)
Called : 03/11/2018 00:46    Arrived : 03/11/2018 00:52    Completed : 03/11/2018 01:10
Notes :

2018-03-12 07:04   Cot Cnty Sheriff   580+875+3888 >>   15808753755   P 1/1

DDR 13-002

# COTTON COUNTY SHERIFF OFFICE
## Radio Log Record

### CALL INFORMATION

| | | | |
|---|---|---|---|
| Agency: | Cotton County Sheriff Office | Date / Time: | 03/11/2018 00:05 |
| Call Type: | Warrant Service | Disposition: | 10-8 (On Duty) |
| Final Call: | | | |
| Entered by: | SPARKS, BOBBY LEON | | |
| Location: | 515 W NEBRASKA | | |
| Tag Number: | | | |

Notes: 1705 ADVISED 10-63 NET SEARCH WARRANT BEING SERVED, WITH 2 WPD--0011 1701 ADVISED WARRANT SERVED 3 AT RESIDENCE, RONNIE HEATH TEAKELL NOT THERE--0042 WALTERS DISPATCH ADVISED MEMORIAL 141 ENROUTE FOR INTOXICATED PERSON ON SCENE--0043 1701 ADVISED FOUND DRUG PARA. FOUND 2 LAPTOPS, AND A NOTARY TYPE SEAL FROM WALTERS SCHOOL, 1701 REQUESTED TO CONTACT JUDGE IF ANOTHER WARRANT WAS NEEDED STATED YES BUT SECURE ITEMS AND DO WARRANT TOMMORROW--0110 141 ENR TO CCMH WITH PT EMR STATUS--BACK 10-8 AT 10-19 FOR INTERVIEW WITH RICKY CRANK--STORES EVIDENCE IN WOB FROM SEARCH WARRANT INCLUDING ITEMS COLLECTED THAT WERE ITEMS STOLEN FROM WALTERS PUBLIC SCHOOLS CONTACTED JUDGE, ADVISED TO SECURE AND COMPLETE WARRANT TOMMORROW-- 0333 1701 DEPARTS WITH CRANK STARTING MILEAGE 27864 TO CHECK WHERE STOLEN PROPERTY WAS PICKED UP IN COUNTRY-- 0412 1701 10-8

### PARTY INFORMATION

1 SIMPSON, KENT  (COTTON COUNTY SHERIFF OFFICE)
Called : 03/11/2018 00:46    Arrived : 03/11/2018 00:52    Completed : 03/11/2018 01:10
Notes :