```
1            IN THE UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF OKLAHOMA
2

3   ERIC COOPER, as the Personal Representative
    of the Estate of MICHAEL DUDLEY
4   COOPER, Deceased,

5        Plaintiff,

6   vs.                                  Case No. CIV-18-1060-J

7   KESTO SIMPSON, et al.,

8        Defendants.

9

10            VIDEO DEPOSITION OF SADIE TEAKELL
              TAKEN ON BEHALF OF THE DEFENDANTS
11         ON JUNE 4, 2020, BEGINNING AT 9:32 A.M.
                    IN CHICKASHA, OKLAHOMA
12

13                       APPEARANCES

14  On behalf of the PLAINTIFF:

15  Bret Burns
    BURNS LAW FIRM
16  519 W. Chickasha Ave.
    Chickasha, OK  73018
17  (405) 320-5911
    bret.burns@ymail.com
18
    Tanner B. France
19  WARD & GLASS
    1601 36th Avenue N.W., Suite 100
20  Norman, OK  73071
    (405) 360-9700
21  tanner@wardglasslaw.com

22  Preston M. Gunkel
    GUNKEL LAW GROUP, PLLC
23  P.O Box 1124
    Altus, OK  73522
24

25  REPORTED BY:  SUSAN K. McGUIRE, CSR, RPR
```



1     A.   Dang Grit.
2          THE REPORTER:  Dang, what?
3          THE WITNESS:  Grit.
4     Q.   (BY MR. WOOD)  The Grit?
5     A.   The Grit channel.
6     Q.   Oh, okay.  The westerns?
7     A.   Yeah.
8     Q.   Okay.
9     A.   Ricky wanted to watch that 24 a day.  I
10 wanted to change it.
11    Q.   You wanted a Lifetime movie?
12    A.   No, I don't know.
13    Q.   So, let's go to the point when the police do
14 arrive; okay?  Tell me what you remember about that.
15    A.   Well, they --
16    Q.   Do you remember where you were?
17    A.   Uh-huh.
18    Q.   Where were you, were you sitting --
19    A.   Yes, sir.
20    Q.   Where were you sitting?
21    A.   On the couch.
22    Q.   Okay.
23    A.   And Dudley was sitting on the couch with me.
24 Anyway, Ricky got up.  I told them earlier there were
25 cops down the road, I looked out the front door and

 1  seen cops down the road.
 2       Q.   Were they parked?
 3       A.   Yeah, they were parked.
 4       Q.   Okay.  Did they have their lights on or
 5  anything?
 6       A.   No. Ricky --
 7       Q.   What drew your attention to look down the
 8  road, if you recall?
 9       A.   Just saw cops down there.  I don't know.  I
10  think I might have been letting the cat in or
11  something but.
12       Q.   And that's just something you noticed?
13       A.   Yeah.
14       Q.   And they were down the road which way?
15       A.   Yes.
16       Q.   To the east or the west?
17       A.   East.  East.
18       Q.   Okay.  So that would be back towards town?
19       A.   Yes, sir.
20       Q.   Okay.  How many houses away were they?
21       A.   Probably three.
22       Q.   Okay.  So they were on your block?
23       A.   Oh, yeah.
24       Q.   How many cars did you see?
25       A.   I just saw that one that time.



1  Q.  Was it a sheriff's car, or a Walters police
2  car, or could you tell?
3  A.  I don't know, I don't have any idea.
4  Q.  Was it a car or SUV?
5  A.  I don't know.
6  Q.  All right.  So you looked down there for a
7  few seconds.  Do you see anything going on around the
8  car?
9  A.  No, not really.
10  Q.  All right.  Come back in.  Do you mention
11  the fact that you've seen the police?
12  A.  Yeah, that's what I told Dudley and Ricky, I
13  said, the cops are down the road.  And he said,
14  something's fixing to happen then and he gets up and
15  goes to the front door and was just about to open it
16  and they come in.
17  Q.  Okay.  Do you know, did Ricky open the front
18  door, or did he just get to the front door, or was it
19  simultaneous?
20  A.  It was simultaneous.
21  Q.  All right.  And were the people that were
22  outside at the front door say anything?
23  A.  No, like before they came in?
24  Q.  At any time?
25  A.  Oh, yeah, they came in with their guns



1    Q.   Did you hear Dudley say, I'm not going to
2 get on the floor?
3    A.   No.
4    Q.   Did you hear Dudley say anything?
5    A.   Just, what's going on.
6    Q.   What's going on?
7    A.   Yeah.
8    Q.   Okay.
9    A.   I mean.
10   Q.   Was he still sitting on the couch when he
11 said that?
12   A.   Yeah, I mean, he had, that's -- he was
13 drunk -- you want your pen back -- and all these
14 people are coming in and he didn't, he didn't know
15 what's going on and.
16   Q.   He was pretty blistered?
17   A.   Yes, sir.
18   Q.   Okay.  Do you think he was slow to react
19 because he was intoxicated?
20   A.   Yes, sir.
21   Q.   Okay.  Not because he was deaf in his left
22 ear?
23   A.   No.  I've known him all his life and that's
24 the first I've heard of that.
25   Q.   Okay.  About, did you see or hear Dudley be



1  taken to the floor --
2       A.   Well.
3       Q.   --- or a little of both, just, I mean?
4       A.   A little of both.  I mean, I heard his head
5  hit the ground.
6       Q.   Okay.
7       A.   And.
8       Q.   Did that make you look over there?
9       A.   Yes.
10      Q.   Okay.  When you looked over there what did
11 you see?
12      A.   Dudley on the ground with his hands behind
13 his back.
14      Q.   He was --
15      A.   His nose and his mouth were bleeding.
16      Q.   Okay.  And who, what police officer was, had
17 a hold of him and was closest to him when you saw him
18 on the floor with blood coming out his mouth?
19      A.   Kesto.
20      Q.   Kesto.  Okay.  And was Kesto, tell me how he
21 was positioned in relation to Dudley, if you recall?
22      A.   I don't know, I mean.
23      Q.   Okay.  Did it appear to you that Dudley got
24 handcuffed fairly quickly?
25      A.   Yes, sir.

