**EMS Response #:** 31418A01373

**Incident Date/time:** 03/11/2018 00:45:00
**EMS Agency Name:** Comanche Co Mem Hosp EMS

**Patient Name:** COOPER, MICHAEL D



**Prehospital Care Report**

2018060445  MR:0000148084
COOPER , MICHAEL
DOB: _____ 53Y M 03/11/2018 00:49
Att Phy: WALTERS , AMBSTAFF

### Patient Information

**Name:** COOPER, MICHAEL D
**Address:** 515 W NEBRASKA AVE
City of Walters, OK 73572
**SSN:**
**Patient's Phone #**

**Age:** 53 Years
**Gender:** Male

**Weight:** 49.9 kg

**D.O.B.:**
**Race:** White

Type

### Provider Impression

**Primary Impression:** Traumatic shock

**Secondary Impression:** Injury- Face and Head

### Narrative

**Narrative:** C - TRAUMATIC HEAD INJURY AND UNRESPONSIVENESS .

H - DISPATCHED PER WALTERS PD REQUEST , FOR INTOXICATED MALE THAT GOT TACKLED AND NEEDS TO BE CHECKED OUT. ARRIVED ON THE SCENE AND POLICE ADVISED THAT PT WAS UNCOOPERATIVE AND RESISTED ARREST AND WAS BROUGHT DOWN TO THE FLOOR INSIDE HIS RESIDENCE , AND THEN AFTER THAT WAS HANDCUFFED AND PLACED ON SOFA. UPON OUR CONTACT WITH PT , PT WAS IN SITTING POSITION LEANED BACKWARDS ON SOFA AND WAS HANDCUFFED BOTH HANDS IN THE BACK AND WAS UNRESPONSIVE . PT'S HANDCUFFS WERE TAKEN OFF PER POLICE AND FROM THERE PT WAS IN OUR CARE. UNKNOWN DETAILS OF INCIDENT , AND WAS NOT WITNESSED BY EMS CREW.

A - PT IS UNRESPONSIVE AND AVPU = U . PT HAS ABRASION ON HIS FOREHEAD AND WAS BLEEDING FROM HIS MOUTH . PT WAS BREATHING WITH SNORING RESPIRATIONS AND HIS TEETH WERE CLENCHED . PT HAD STRONG ALCOHOL ODOR ON HIS BREATH . PUPILS WERE UNEQUAL AND NON RESPONSIVE TO LIGHT , WITH RIGHT PUPIL AT 8 MM AND LEFT AT 3 MM. LUNG SOUNDS WERE CLEAR AND SPO2 INITIALLY ON ROOM AIR WAS 91 % AND RESPIRATORY RATE WAS AT OVER 30 RESPIRATIONS PER MINUTE AND LABORED . ABDOMEN IS SOFT AND NON DISTENDED . VS REMAINED STABLE AND ECG WAS SINUS RHYTHM .

R - C - COLLAR WAS PLACED ON PT'S NECK NO NECK SIZE AS C SPINE PRECAUTIONS . PT WAS PLACED ON AMBULANCE COT AND SECURED WITH STRAPS AND COT RAILS. PT WAS PLACED INSIDE AMBULANCE AND PLACED ON CARDIAC AND CONTINUOUS HEMODYNAMIC MONITORING , 2ND HEAD TRAUMA AND UNCONSCIOUSNESS . NPA AIRWAY WAS PLACED IN PT'S LEFT NOSTRIL AND OXYGEN 15 LIT VIA NRM TO MAINTAIN OPEN AIRWAY AND SPO2 ABOVE 90 % , WITH SUCCESS . ALSO PT'S AIRWAY WAS SUCTIONED THROUGH FRONT MISSING TEETH TO CLEAR AIRWAY FROM BLOOD AND SECRETIONS . DUE TO NATURE OF SEVERITY OF PT'S INJURY , PT DID REQUIRE TO BE INTUBATED AND IT WAS CONSIDERED , BUT UNABLE TO DO SO BECAUSE PT'S TEETH WERE CLENCHED AND CCMH EMS DOES NOT HAVE RSI MEDICATIONS AND PROTOCOLS FOR IT . IV LINE IS STARTED 16 G IN LEFT AC NS TKO , TO HAVE ACCESS FOR MEDICATIONS AND IV FLUIDS .

T - CCMH ED WAS ADVISED OF TRAUMA ALERT FOR HEAD TRAUMA AND UNCONSCIOUSNESS AND WAS TRANSPORTED TO CCMH ED , EMERGENCY MODE . NO CHANGES IN PT CONDITION . UPON ARRIVAL TO CCMH ED , PT WAS PLACED ON ED BED AND THEIR EQUIPMENT , REPORT WAS GIVEN AND CARE WAS TRANSFERRED TO ED NURSING STAFF AND ATTENDING PHYSICIAN . CCMH ED STAFF TOOK OVER PT CARE . ALL DOCUMENTS WERE SIGNED, EXCEPT PT'S DUE TO INJURY.

### Response Times and Mileage

| | | |
|---|---|---|
| **PSAP:** | 03/11/2018 00:45:00 | **Start Odom:** 0 |
| **Call Sign:** 141 | **Disp. Notified:** 03/11/2018 00:45:00 | **Scene Odom:** 0.5 |
| **Veh. #:** 141 | **Unit Disp.:** 03/11/2018 00:45:00 | **Dest. Odom:** 25.9 |
| | **Enroute:** 03/11/2018 00:45:00 | **Ending Odom:** 25.9 |
| | **At Scene:** 03/11/2018 00:48:00 | **To Scene:** 0.5 |
| | **At Patient:** 03/11/2018 00:49:00 | **To Dest:** 25.4 |
| | | **To End:** 0.0 |
| | **Depart Scene:** 03/11/2018 01:10:00 | **Total:** 25.9 |
| | **Arrive Dest.:** 03/11/2018 01:41:00 | |
| | **Dest. Transfer of Care:** 03/11/2018 01:44:00 | |
| | **Unit Back in Service:** 03/11/2018 01:45:00 | |

*Poor Original Before Scanning*

### Call Type/Location/Disposition

**EMS Response #:** 31418A01373

**PCR #:** 31418A01373

**Date Printed:** 03/12/2018 10:33
**Last Incident** 03/11/2018
**Update:** 08:03:30