IN THE DISTRICT COURT OF COTTON COUNTY

STATE OF OKLAHOMA

FILED
COURT CLERK
COTTON COUNTY

18 MAR 12 PM 3:48

JANET L. SHIVELY, CLERK

_____ DEPUTY

IN THE MATTER OF THE APPLICATION )
OF THE COTTON COUNTY SHERIFF'S OFFICE, )
A GOVERNMENT ENTITY, )
FOR AN ORDER REQUIRING A SEARCH WARRANT )
OF PROPERTY AND CURTILAGE 515 WEST )
NEBRASKA WALTERS, OK 73572 )

SW-18-8

### AFFIDAVIT FOR SEARCH WARRANT

The undersigned upon oath deposes and states as follows, to-wit:

Your affiant, Kent Simpson is an Investigator with the Cotton County Sheriff's Office, State of Oklahoma. I am a certified peace officer in the state of Oklahoma. I received 583 hours of training in the CLEET basic academy. I am aware of what probable cause is required to request a search warrant.

The statements in this Affidavit are based on information obtained during Cotton County Sheriff's Office investigation of Burglary and related activities, and consultation with other law enforcement agencies. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violation of:

Title21 Chapter58 Section 1435 - Burglary in Second Degree

I have probable cause to believe the following property constitutes evidence of a crime: That a burglary occurred on March 9, 2018 at the residence of 261430 E 1840 road in Walters, OK in Cotton County. That on March 9, 2018 Donna Devine and Louis B Slomba were at the residence of Sadie Teakell at 515 W Nebraska in Walters, OK. While Devine and Slomba were leaving Ricky Crank asked for a ride as well as Ronnie Heath Teakell. Slomba dropped Devine off at her residence at 265313 E 1800 in Walters, OK Slomba was then directed to drive to the residence of Tony Defate, while enroute Crank and Teakell advised Slomba to stop and pull over. Teakell and Crank exited the vehicle and started picking up items out of the ditch. Crank and Teakell loaded guns, a laptop computer, compound bow and numerous other items. Slomba was then directed to continue to drive to Defates residence. At that time Defate was not at his residence, so they walked to the residence of Kenneth Jay whom lives behind Defate, Crank asked Jay if he would like to buy some guns. Jay first stated no, but then agreed to buy the rifles, one being a Kentucky blackpowder 50 cal. And 1 Sears and Roebuck 22. Cal lever action. Slomba the drove Crank and Teakell back to Devines Residence. Devine stated she did not want Teakell or Crank at her residence. So, Devine and Slomba drove Crank and Teakell back to the residence of where they reside at 515 W Nebraska St in Walters, OK 73572 in Cotton County. While there Crank and Teakell unloaded the stolen property (see attached list). Which includes rifles, laptop, jewelry, and Compound Bow into a shed behind the house of the residence of 515 W Nebraska.

**EXHIBIT 8**

The property to be search

The inner and outer residence of 515 W Nebraska in Walters, OK 73572 in Cotton County and any and all outlaying buildings, vehicles, or vehicles of conveyance, and curtilage of property. The property is located to the north of Nebraska street and East of 9th St it has a single gravel driveway that goes north into the residence from Nebraska st. It is a light in color white to gray Wood frame house with a light gray or white in color composite shingle roof that has 515 on the front of the house facing south towards Nebraska, it also has a unattached pole garage to the east of the residence, and a small building south and east of the house on the property.

WHEREFORE, based upon the above and foregoing facts, Your Affiant requests that a search warrant be issued according to law, directed to any, Cotton County Sheriff, Deputy, or any peace officer in the State of Oklahoma authorized to serve the same, at Day or Night command that a search be made of the 515 W Nebraska street in Walters, OK 73572 herein described for the stolen items on attached list aforesaid, and to seize or preserve the same and present before this court within 10 days of service.

FURTHER AFFIANT SAYETH NOT

_____
Affiant

SUBSCRIBED AND SWORN to before me this 10th day of March, 20 18 at 11:44 Pm hours CST.

_____
Judge of the 5th District Court
Cotton County, Oklahoma