# Walters Police Department Activity log

| Date | Time | Day | |
|---|---|---|---|
| 3/11/18 | 0000 | Sunday | |
| 10-6 time | 10-8 time | | Location / Nature of call / disposition |
| | 0000 | | Littles on duty |
| | 0005 | | 2002 and 2004 10-8, out to serve search warrant, 10-63 all traffic through 2002 |
| | 0012 | | 2002 advd 10-64, net free |
| | 0035 | | 2003 Req Mem 141 to come check on a subject at 515 W Nebraska, advd that while serving a search warrant a drunk male subject was placed on the ground pretty hard and needed to be checked out just in case. |
| | 0046 | | Mem 141 enrt |
| | 0051 | | County advd they they had received report from Sherry Smith AKA Sherry Mcdonald that there was someone or something banding loudly on the front of her house, she request officer assistance |
| | 0052 | | 2003 advd |
| | 0059 | | 2003 10-97 |
| | 0106 | | 2003 10-91, 10-50 advd he had spoken with RP, will be in the area for a bit longer |
| | 0112 | | Mem 141 enrt to Memorial emergency status |
| | 0130 | | 2002 bk 10-8 |
| | 0131 | | 2004 bk 10-8 |
| | 0134 | | 2001 10-8 |
| | 0134 | | 2001 and 2002 10-6 at CCSO |
| | 0441 | | 2004 10-10 |
| | 06:00 | | Littles off duty Taylor on duty |
| | 07:22 | | 2004 10-8 |
| | 08:18 | | 2004 out at 515 w nebraska |
| | 08:26 | | 2004 10-8 |
| | 09:54 | | 9:54 2004 out at 503 e wyoming |
| | 09:57 | | 2004 10-8 |
| | 16:45 | | jessika chaat at 204 w nevada wanted officer to come take a report about a break in 10-5 200 771-6211 |
| | 17:04 | | 2004 1097 |
| | 17:26 | | 10-90 all 91 10-6 for a little longer |
| | 17:51 | | 2004 10-8 |
| | 18:00 | | Stranahan on duty/ Taylor off duty |
| | 18:55 | | 2003 10-8 |
| | 19:09 | | 2004 10-10 |

call log provided by the walters fire department

**EXHIBIT 12**