**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ERIC COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-1060-J |
| | ) |
| KESTO SIMPSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have notified the Court of settlement. Accordingly, the Clerk of Court is directed to administratively terminate this matter without prejudice to the right of a party to file a stipulation of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within thirty days from this Order's date, closing papers have not been filed or leave sought to reopen the case, the Court shall deem this action dismissed with prejudice.

IT IS SO ORDERED this 9th day of February, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE