# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC COOPER, as the Personal Representative of the Estate of Michael Dudley Cooper, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-18-1060-J |
| KESTO SIMPSON, et al., | )<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS KESTO SIMPSON, KENT SIMPSON AND THE SHERIFF OF COTTON COUNTY

COME NOW the Plaintiff, Eric Cooper, as the Personal Representative of the Estate of Michael Dudley Cooper, Deceased, and Defendants Kesto Simpson, individually; Kent Simpson, individually; Sheriff of Cotton County ,in his official capacity, and the City of Walters, by and through their respective counsel, and pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal with prejudice of Kesto Simpson, individually; Kent Simpson, individually; and Sheriff of Cotton County, in his official capacity, only. The parties further stipulate that each party to this action shall bear such party's own costs, expenses, and attorney fees.

Dated this 3rd day of March, 2021.

Respectfully submitted,

/s/Woodrow K. Glass
Woodrow K. Glass, OBA#15690
Tanner B. France, OBA #33171
For the Firm: Ward & Glass, L.L.P.
1601 N.W. 36th Avenue, Suite 100
Norman, Oklahoma 73072
woody@wardglasslaw.com
tanner@wardglasslaw.com
405-360-9700
405-360-7902 (fax)

-and-

Bret Burns
Burns Law Office
519 W. Chickasha Avenue
Chickasha, OK 73018

-and-

Preston M. Gunkel, OBA#33185
Gunkel Law Group, PLLC
P.O. Box 1124
Altus, OK 73522
(580) 482-8204 – T
preston@gunkellawgroup.com
**ATTORNEYS FOR PLAINTIFF**


s/Carson C. Smith (with permission)
Robert S. Lafferrandre, OBA #11897
Carson C. Smith, OBA #22303
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, LLP
1109 N. Francis
Oklahoma City, OK 73106
rlafferrandre@piercecouch.com
csmith@piercecouch.com
**ATTORNEYS FOR DEFENANT**
**KENT SIMPSON, individually**

s/ Stephen L. Geries (with permission)
Stephen L. Geries, OBA #19101
COLLINS ZORN & WAGNER, P.C.
429 NE 50th Street, 2nd Floor
Oklahoma City, OK 73105
slg@czwlaw.com
**ATTORNEY FOR DEFENDANT**
**CITY OF WALTERS**


s/James L. Gibbs (with permission)
James L. Gibbs, II, OBA No. 15689
David D. Proctor, OBA No. 13683
Seth D. Coldiron, OBA No. 20041
Goolsby, Proctor, Heefner & Gibbs, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK  73102-6006
(405) 524-2400 / (405) 525-6004 (F)
jgibbs@gphglaw.com
**ATTORNEYS FOR DEFENDANT**
**SHERIFF OF COTTON COUNTY**


s/Scott B. Wood (with permission)
Scott B. Wood, OBA No. 12536
Wood, Puhl & Wood, P.L.L.C.
2409 E. Skelly Drive, Suite 200
Tulsa, OK  74103
Telephone     (918) 742-0808
Facsimile     (918) 742-0812
okcoplaw@aol.com
**ATTORNEY FOR DEFENDANT**
**KESTO SIMPSON**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2021 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and electronic distribution to all counsel of record.

/s/ Woodrow K. Glass
Woodrow K. Glass